ACCEPTED
04-14-00756-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/15/2015 4:26:16 PM
KEITH HOTTLE
CLERK

## NO.   04-14-00756-CR

| | | |
|---|---|---|
| **STATE OF TEXAS,** | § | FILED IN<br>4th COURT OF APPEALS<br>SAN ANTONIO, TEXAS **IN THE** |
| **Appellant** | § | |
| **VS.** | § | 7/15/2015 4:26:16 PM<br>KEITH E. HOTTLE<br>Clerk **4TH COURT** |
| | § | |
| **COURVEN THOMAS,** | § | **OF APPEALS** |
| **Appellee** | | |

## SECOND MOTION TO EXTEND TIME TO FILE APPELLATE BRIEF

## TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Courven Thomas, Appellee in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellee's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.     This case is on appeal from the County Court at Law Number Two, Guadalupe County, Texas.

2.     The case below was styled the STATE OF TEXAS vs. COURVEN THOMAS, and numbered CCL-14-0533.

3.     Appellee was charged with Possession of a Controlled Substance, Penalty Group 3, Less than 28 Grams.

4.     Appellee's Motion to Suppress Evidence was granted by the trial court on October 15, 2014.

5.     The State filed notice of appeal on October 29, 2014.

6.     The state filed its brief on April 17, 2014.

7.     The appellee's brief was due on July 15, 2015.

8.     Appellee requests an extension of time of 14 days from the present date, i.e. July 29, 2015.

9.     One prior extension to file the brief has been received in this cause.

10.    Defendant is currently released on bond on this case, but incarcerated on another matter.

11.    Appellee relies on the following facts as good cause for the requested extension:  In addition to daily court settings and preparation for several trial settings, counsel for appellee has been working on a brief in *State v. Emmett Jeffrey Banks*, 14-15-00023-CR in the Fourteenth Court of appeals, also due on July 15, 2015.  Counsel has filed a motion for extension in that case to July 20, 2015 and will complete the brief in this case immediately after that one is filed.

**WHEREFORE, PREMISES CONSIDERED**, Appellee prays that this Court grant this Motion To Extend Time to File Appellate Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Schoon Law Firm
200 N. Seguin Avenue
New Braunfels, Texas 78130
Tel: (830) 627-0044
Fax: (830) 620-5657

By:_____

Susan Schoon
State Bar No. 24046803
E-Mail: sschoon@zslawoffice.com
Attorney for Courven Thomas

## CERTIFICATE OF SERVICE

This is to certify that on July 15, 2015, a true and correct copy of the above and foregoing document was served on the County Attorney's Office, Guadalupe County, Texas by facsimile transmission to 830-379-9491.

_____

Susan Schoon